1  BRANDON D. BAUM, State Bar No. 121318
   DHILLON LAW GROUP LLC
2  177 Post Street, Suite 700
   San Francisco, CA 94108
3  brandon@dhillonlaw.com
   (415) 682-6846
4

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TRIREME MEDICAL, LLC, | CASE NO.: 3:14-cv-02946-LB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF BRANDON BAUM AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC AND ORDER PERMITTING WITHDRAWAL** |
| v. | |
| ANGIOSCORE, INC., | |
| Defendant. | Hon. Laurel Beeler |

**TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 11-5, notice is hereby given that BRANDON D. BAUM, formerly of Agility IP Law, LLP, is withdrawing as attorney of record for Plaintiff TriReme Medical, LLC in this action. Counsel of record for Plaintiff otherwise remains the same.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Date: May 14, 2015                                Respectfully submitted,

                                                  */s/ Brandon D. Baum*
                                                  Brandon D. Baum

**IT IS SO ORDERED.**

Dated: May 18, 2015

                                                  Hon. Laurel Beeler
                                                  United States Magistrate Judge

NOTICE OF WITHDRAWAL                                                3:14-CV-02946-LB
- 2 -