1  James W. Geriak (State Bar No. 32871)
   *jgeriak@sheppardmullin.com*
2  André De La Cruz (State Bar No. 245175)
   *adelacruz@sheppardmullin.com*
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
5  650 Town Center Drive, 4th Floor
   Costa Mesa, CA  92626-1993
6  Telephone:    (714) 513-5100
   Facsimile:    (714) 513-5130
7
8  Attorneys for Defendant
   ANGIOSCORE, INC.
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

| | |
|---|---|
| TRIREME MEDICAL, LLC, | Case No. 3:14-cv-02946-LB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ANDRÉ DE LA CRUZ AS COUNSEL OF RECORD FOR ANGIOSCORE, INC. AND ORDER PERMITTING WITHDRAWAL** |
| v. | |
| ANGIOSCORE, INC., | |
| Defendant. | Hon. Laurel Beeler |

1  **TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST, AND THEIR**
2  **COUNSEL OF RECORD:**
3      Pursuant to Civil L.R. 11-5, notice is hereby given that André De La Cruz is withdrawing
4  as counsel of record for Defendant AngioScore, Inc. ("AngioScore").  Quinn Emanuel Urquhart &
5  Sullivan, LLP continues to represent AngioScore in this matter.
6
7  Dated: February 16, 2016        Respectfully submitted,
8                                         SHEPPARD MULLIN RICHTER & HAMPTON, LLP
9
10                                        By:   */s/ André De La Cruz*
11                                                André De La Cruz
12                                                Attorney for Defendant
                                               ANGIOSCORE, INC.
13
14 **IT IS SO ORDERED.**
15
16 Dated: February 17, 2016, ~~2015~~
                                               United States Magistrate Judge Laurel Beeler