James W. Geriak (State Bar No. 32871)
*jgeriak@sheppardmullin.com*
André De La Cruz (State Bar No. 245175)
*adelacruz@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626-1993
Telephone:    (714) 513-5100
Facsimile:    (714) 513-5130

Attorneys for Defendant
ANGIOSCORE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIREME MEDICAL, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ANGIOSCORE, INC.,<br><br>          Defendant. | Case No. 3:14-cv-02946-LB<br><br>**NOTICE OF WITHDRAWAL OF JAMES W. GERIAK AS COUNSEL OF RECORD FOR ANGIOSCORE, INC. AND ORDER PERMITTING WITHDRAWAL**<br><br>Hon. Laurel Beeler |

**TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 11-5, notice is hereby given that James W. Geriak is withdrawing as counsel of record for Defendant AngioScore, Inc. ("AngioScore"). Quinn Emanuel Urquhart & Sullivan, LLP continues to represent AngioScore in this matter.

Dated: February 16, 2016          Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By:  */s/ James W. Geriak*
James W. Geriak
Attorney for Defendant
ANGIOSCORE, INC.

**IT IS SO ORDERED.**

Dated: February 19, 2015

United States Magistrate Judge Laurel Beeler