UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TRIREME MEDICAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGIOSCORE, INC.,<br><br>　　　　　　Defendant. | Case No.  14-cv-02946-LB<br><br>**ORDER<br>ON CLAIM CONSTRUCTION**<br><br>[ECF No. 99] |

### ORDER

The court hereby adopts the parties' agreed claim construction that is set out in ECF No. 99. *See* Patent L.R. 4-3. The parties state that they have no claim-construction disputes. (ECF No. 99 at 3; ECF No. 101 at 2 [¶ 17].) The court acknowledges the parties' identification of the terms in ECF No. 99 as "the most significant to the resolution of [this] case." *See* (ECF No. 99 at 3); Patent L.R. 4-3(c). The court accepts the parties' joint proposal (ECF No. 99 at 2 [¶ 17]) to remove from the calendar the previously scheduled claim-construction briefs and *Markman* hearing.

**IT IS SO ORDERED.**

Dated: August 2, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (No.14-cv-02946-LB)