QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Michelle Ann Clark (CA Bar No. 243777)
michelleclark@quinnemanuel.com
50 California Street
San Francisco, California  94111
Tel: (415) 875-6600  Fax: (415) 875-6700

Peter J. Armenio, P.C. (*pro hac vice*)
peterarmenio@quinnemanuel.com
Matthew D. Robson (*pro hac vice*)
matthewrobson@quinnemanuel.com
51 Madison Avenue
New York, New York  10010
Tel: (212) 849-7000  Fax: (212) 849-7100

*Attorneys for AngioScore, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIREME MEDICAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANGIOSCORE, INC.,<br><br>　　　　　　Defendant. | Case No.: 3:14-cv-02946-LB<br><br>**STIPULATION AND ORDER REGARDING SEALING OF ANGIOSCORE'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS ATTACHED TO DECLARATIONS IN SUPPORT THEREOF** |

Pursuant to Civil Local Rules 7-11, 7-12, and 79-5, Defendant AngioScore, Inc. ("AngioScore") and Plaintiff TriReme Medical, LLC ("TriReme"), through their respective counsel of record, hereby stipulate to and respectfully request that the documents in the below table be sealed, in whole or in part, as indicated.  These documents contain information that AngioScore, TriReme, or third parties have designated as confidential, including information designated as HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY.  AngioScore's bases for sealing these documents are set forth in the attached Declaration of Matthew Robson in Support of Stipulated Motion to File Documents Under Seal.

Specifically, AngioScore identifies the following as needing to be filed under seal:

| Index | Document | Sealable Portions |
|---|---|---|
| 1 | Defendant AngioScore's Notice of Motion and Motion for Summary Judgment | • Portion of p. 4. [description of confidential financial information of Mr. Feld] |
| 2 | Opening Expert Report of T. Kim Parnell, Ph.D., P.E. | • Entire document |
| 3 | Parnell Rpt. Ex. L | • Entire document |
| 4 | Parnell Rpt. Ex. M | • Entire document |
| 5 | Parnell Rpt. Ex. N | • Entire document |
| 6 | Parnell Rpt. Ex. O | • Entire document |
| 7 | Parnell Rpt. Ex. P | • Entire document |
| 8 | Parnell Rpt. Ex. Q | • Entire document |
| 9 | Parnell Rpt. Ex. R | • Entire document |
| 10 | Parnell Rpt. Ex. S | • Entire document |
| 11 | Parnell Rpt. Ex. T | • Entire document |
| 12 | Parnell Rpt. Ex. BB | • Entire document |
| 13 | Robson Decl. Ex. 6 - Feld deposition transcript | • 36:19-38:13 |
| 14 | Robson Decl. Ex. 8 - Email from Lotan Chaim to Gary Gershony copying Eitan Konstantino, Ephraim Heller, and Tanhum Feld regarding an Animal Study dated July 28, 2004 bearing bates numbers ANGIOSCORE00003719-3720 | • Entire document |
| 15 | Robson Decl. Ex. 9 - Manufacturing Flow Chart for the AngioSculpt Scoring Catheter dated July 23, 2003 bearing bates numbers ANGIOSCORE00013230-13231 | • Entire document |
| 16 | Robson Decl. Ex. 10 - Email chain between from Ephraim Heller to Eitan Konstantino, Nimrod Tzori, Gary Gershony, and copying Tanhum Feld regarding the Animal Trial dated April 15, 2003 and bearing bates numbers ANGIOSCORE00011458-11459 | • Entire document |

Accordingly, the parties hereby stipulate and respectfully request the portions of documents listed above be filed under seal.

Respectfully Submitted,

Dated: January 3, 2017    QUINN EMANUEL URQUHART & SULLIVAN LLP

By:  /s/ Matthew Robson
Matthew Robson
Attorneys for Defendant
ANGIOSCORE, INC.

Dated: January 3, 2017    ARNOLD & PORTER LLP

By:  /s/ Michael D.K. Nguyen
Michael D.K. Nguyen
Attorneys for Plaintiff
TRIREME MEDICAL, LLC

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/5/2017

Hon. Laurel Beeler
United States Magistrate Judge

**ATTESTATION**

I, Matthew Robson, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael D.K. Nguyen has concurred in this filing.

Date:   January 3, 2017                    /s/ Matthew Robson
                                                    Matthew Robson